In the Matter of CARMELO MICELI et al., Appellants, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Submitted October 7, 1941; decided November 19, 1941.

*Herman E. Cooper* and *Herbert C. Kane* for appellants.

*William C. Chanler, Corporation Counsel (Edward J. McGratty, Jr.,* and *Nicholas Bucci* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.